**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF ARKANSAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| **CHRISTOPHER SULLIVAN, Individually and on behalf of all others similarly situated,** | § | |
| **Plaintiff,** | § | |
| **v.** | § | **CIVIL ACTION NO. 4:26-cv-04076-JTS** |
| **THE GOODYEAR TIRE & RUBBER COMPANY,** | § | **JURY TRIAL DEMANDED** |
| **Defendant.** | § | **COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b) AND ARK. CODE ANN. § 11-4-218** |

## NOTICE OF FILING ADDITIONAL CONSENT

Plaintiff hereby files the following Notice of Consent in connection with the above-titled and numbered action, attached hereto as follows:

EXHIBIT A:

John Crane.

The consent is given in writing to become a party plaintiff under 29 U.S.C. § 216(b) and Ark. Code Ann. § 11-4-218(e)(4).

Dated: October 6, 2026.

Respectfully submitted,

/s/ *William S. Hommel, Jr.*
William S. Hommel, Jr.
State Bar No. 09934250
bhommel@hommelfirm.com
HOMMEL LAW FIRM PC
5620 Old Bullard Road, Suite 115
Tyler, Texas 75703
(903) 596-7100 Telephone/Facsimile

**ATTORNEY FOR PLAINTIFF AND THE PUTATIVE COLLECTIVE MEMBERS**